JAMES J. CROZIER, Suing for Himself and Other Tax-
payers of the Town of Islip, Appellant, v. JAMES F.
RICHARDSON et al., Respondents.

Crozier v. Richardson, 178 App. Div. 927, affirmed.

(Argued March 11, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered May 18, 1917, affirming a judgment in favor of
defendants entered upon a dismissal of the complaint by
the court on trial at Special Term. This is a taxpayer's
action under section 51 of the General Municipal Law,
to recover for the town of Islip, in Suffolk county, the
amount of two audited bills presented by the defendants
Downs and Carey for necessary expenses and disburse-
ments in the discharge of their duties as assessors of
the town of Islip, in preparing the assessment rolls of
said town for the years 1911 and 1912. The Appellate
Division held that " in an action to enforce restitution
and recovery, at the suit of a taxpayer for collusive audit
or payment, collusion is the gravamen of the action.
Collusion not being proved it is unnecessary in this
action to decide the legality of the claims."

Selah B. Strong for appellant.

Rowland Miles and Ralph C. Greene for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO,
POUND, McLAUGHLIN and ANDREWS, JJ.